IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION AT CHATTANOOGA

| | |
|---|---|
| HERB WILSON, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:14-CV-00264 |
| ) | |
| ELAINE BADEJO, ) | |
| BADEJO INSURANCE AGENCY, ) | |
| FARMERS INSURANCE COMPANY ) | |
| of WASHINGTON, MERCER IS, WA, ) | |
| FOREMOST INSURANCE COMPANY, ) | |
|     Defendants. ) | |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Now comes the Plaintiff, Herb Wilson, and all of the Defendants, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby stipulate that this matter should be dismissed without prejudice, with the costs of the clerk of court taxed to the Plaintiff, and with neither party recovering costs or attorneys' fees from any other party.

                                          Respectfully submitted,

                            By:    /s/ *Samuel T. Quattrochi*
                                  SAMUEL T. QUATTROCHI
                                  BPR No. 025644
                                  Attorney for the Plaintiff
                                  801 Broad St., suite 428
                                  Chattanooga, TN 37402
                                  423-800-2348
                                  attorneysamq@gmail.com

TAYLOR, PIGUE, MARCHETTI & BLAIR, PLLC

By:    */s/ Wm. Ritchie Pique*
      WM. RITCHIE PIQUE
      BPR No. 2898
      Attorneys for the Defendants
      2908 Poston Avenue
      Nashville, TN 37203
      615-320-3225
      rpigue@tpmblaw.com