IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION AT CHATTANOOGA

| | |
|---|---|
| HERB WILSON, ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ELAINE BADEJO, ) <br> BADEJO INSURANCE AGENCY, ) <br> FARMERS INSURANCE COMPANY ) <br> of WASHINGTON, MERCER IS, WA, ) <br> FOREMOST INSURANCE COMPANY, ) <br> Defendants. ) | Case No. 1:14-CV-00264 |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

This matter came before the Court on the Stipulation of Dismissal without Prejudice file by the Plaintiff and the Defendants. Being duly advised, the Court now ORDERS that this matter be and hereby is, DISMISSED WITHOUT PREJUDICE, with the costs of the clerk of court taxed to Plaintiff and with neither party recovering attorney's fees from the other party.

**SO ORDERED.**

Dated: _____

/s/_____
CURTIS L. COLLIER
CHIEF UNITED STATES DISTRICT JUDGE